## Case No. 15,618.

### UNITED STATES v. LLOYD.

[4 Cranch, C. C. 470.] [1]

Circuit Court, District of Columbia. Oct. Term, 1834.

#### BEATING SLAVE—COMMON-LAW OFFENCE.

The owner of a slave who beats him cruelly, and exposes him, so beaten, to public view is guilty of a misdemeanor at common law.

Indictment [against Richard B. Lloyd] for beating his own slave Henry, cruelly, and exposing him, so beaten, to public view.

Verdict guilty, and amerced by the jury $100.

Mr. Brent, for the defendant, moved in arrest of judgment, because the indictment, as he contended, did not state an indictable offence, and cited Turner's Case (1827) 5 Rand. (Va.) 678, and U. S. v. Brockett [Case No. 14,651], in this court, some years ago, for cruelly beating his own slave. He also moved for a new trial, on the ground of misdirection by the court to the jury; and because the verdict was against evidence.

THE COURT overruled both motions, and rendered judgment for the amount assessed by the jury.